**Order entered February 6, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00048-CV

**NACHO REMODELING COMPANY, INC. D/B/A N. R. CO., ET AL., Appellants**

**V.**

**CALSHERM PARTNERS, L.P. D/B/A SHERMAN OAKS APARTMENTS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-10-0571**

## ORDER

We **GRANT** appellants' January 22, 2014 motion for an extension of time to file a notice of appeal. The notice of appeal filed with the trial court on January 7, 2014 is deemed timely for jurisdictional purposes.

We **GRANT** appellants' January 30, 2014 motion to dispense with the necessity of a reporter's record.

/s/    ADA BROWN
        JUSTICE